618

H. J. Gottschalk, appellee, v. Tillie Rice and Adelbert Rice, appellants. Gen. No. 34,678.

Heard in the first division of this court for the first district at the October term, 1930. Opinion filed March 2, 1931.

Erwin E. Cowen and Joseph C. Cowen, for appellants; Edward McTiernan, of counsel. Deneen, Healy & Lee, for appellee; Thomas C. McConnell, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.

Minnie C. Butts, appellee, v. C. A. Erickson, appellant. Gen. No. 34,696.

Heard in the first division of this court for the first district at the October term, 1930. Opinion filed March 2, 1931.

Cohen & Berke, for appellant. Isidore Vise, for appellee; Menz I. Rosenbaum, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.

Marcella Guth, appellee, v. J. V. Hohman, appellant. Gen. No. 34,705.

Heard in the first division of this court for the first district at the December term, 1930. Opinion filed March 2, 1931.

Murphy O. Tate, for appellant; Leo M. Tarpey, of counsel. Pretzel & Pretzel, for appellee; Carl G. Pretzel, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.

Minneapolis-Honeywell Regulator Company, appellant, v. F. A. Cavallo, appellee. Gen. No. 34,714.

Heard in the first division of this court for the first district at the October term, 1930. Opinion filed March 2, 1931.

Vose & Vose, for appellant; John D. Clancy, of counsel. Israel Dordek, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

The People of the State of Illinois, appellee, v. Stanley Adams, appellant. Gen. No. 34,748.

Heard in the first division of this court for the first district at the October term, 1930. Opinion filed March 2, 1931.

Samuel L. Golan, for appellant. John A. Swanson, State's Attorney, for appellee; Henry T. Chace, Jr., Edward E. Wilson and Otho S. Fasig, Assistant State's Attorneys, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.